**Roy C. PROCTOR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58268.**

Missouri Court of Appeals, Western District.

March 6, 2001.

Tara L. Jensen, Kansas City, Attorney for Appellant.

John Morris, III, Jefferson City, MO, Attorney for Respondent.

Before ELLIS, Presiding Judge, LOWENSTEIN and BRECKENRIDGE, JJ.

*ORDER .*

PER CURIAM.

Appellant was convicted of three counts of second-degree burglary, one count of possession of under thirty-five grams of marijuana, and one count of unlawful use of drug paraphernalia. His direct appeal was affirmed. After an evidentiary hearing, he appeals the ruling on his 29.15 motion. Affirmed. Rule 84.16(b).

**GRIM SMITH HOSPITAL AND CLINIC, INC., Respondent,**

v.

**James Frank SNYDER, Appellant.**

**No. WD 58264.**

Missouri Court of Appeals, Western District.

March 6, 2001.

Willard B. Bunch, Kansas City, MO, for appellant.

Mark L. Williams, Kirksville, MO, for respondent.

Before ULRICH, P.J., ELLIS and EDWIN H. SMITH, JJ.

***ORDER***

PER CURIAM.

Appellant James Snyder appeals from a judgment entered by the Circuit Court of Adair County in favor of Respondent Grim Smith Hospital in the amount of $39,905.46. After a thorough review of the record, we conclude that the judgment is supported by substantial evidence, is not against the weight of the evidence, that no error of law appears, and that an opinion would have no precedential value.

Judgment affirmed. **Rule 84.16(b).**